Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000668
05-JAN-2015
08:25 AM

NO. CAAP-11-0000668

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


MARCELINO RAMENTO, Plaintiff-Appellee,
v.
M&M TANKS, INC., Defendant-Appellant/
Cross-Appellee

and

JOHN S. BRUNS, Plaintiff,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10,
DOE CORPORATIONS 1-10, DOE ENTITIES 1-10,
DOE LIMITED LIABILITY COMPANIES 1-10 and
DOE GOVERNMENTAL ENTITIES 1-10, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CV. NO. 07-1-1920-10 (VLC))


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on November 26, 2014, is hereby corrected as follows:

1.    On page 1, in the caption, the reference to the Circuit Court of the First Circuit case number is incorrect. The case number should be "CV. NO. 07-1-1920-10 (VLC)."

---

[1] Nakamura, Chief Judge, and Foley and Leonard, JJ.

NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, January 5, 2015.

FOR THE COURT:

*[signature]*

Chief Judge

2